**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      In re Ramon Salgado

Appellate case number:   01-14-00328-CR

Trial court case number:  868211

Trial court:              177th District Court of Harris County

Date motion filed:        Postmarked September 12, 2014, file stamped September 15, 2014

Party filing motion:      Appellant Ramon Salgado

It is ordered that the motion for en banc reconsideration is denied. All other pending motions are dismissed as moot.

Judge's signature: /s/  Rebeca Huddle
                   ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle.

Date: October 21, 2014